WR-83,512-01,02

NO. _____

IN THE TEXAS COURT OF CRIMINAL APPEALS

RECEIVED
COURT OF CRIMINAL APPEALS
6/29/2015
ABEL ACOSTA, CLERK

AT AUSTIN, TEXAS

_____

IN RE CHAD WAYNE TISDALE

_____

MOTION FOR LEAVE TO FILE

ORIGINAL PETITION FOR WRIT OF MANDAMUS OR

ORIGINAL PETITION FOR WRIT OF HABEAS CORPUS

_____

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Chad Wayne Tisdale, Relator/Applicant, moves this Court to grant him leave to file his Original Petition for Writ of Mandamus or Original Petition for Writ of Habeas Corpus, and shows:

1. Concomitantly with filing of this Motion, Relator is tendering to the Clerk of the Court his Original Petition for Writ of Mandamus or Original Petition for Writ of Habeas Corpus. That Petition is incorporated into this Motion by reference as though set forth herein verbatim.

2. Relator' Petition presents an issue that has not heretofore been addressed by this Court in a published opinion, which may be paraphrased as follows: May a trial court decline to address the merits of a post-

conviction (misdemeanor) petition for writ of habeas corpus and under what circumstances and using what means will this Court act to compel a trial court to address the merits of a petition for writ of habeas corpus?

3. Relator suggests that this issue is of significance not only to him, but to the criminal jurisprudence of Texas.

4. Relator therefore prays that this Honorable Court grant him leave to file his Original Petition for Writ of Mandamus or Original Petition for Writ of Habeas Corpus. Relator prays for general relief.

RESPECTFULLY SUBMITTED,

/s/James Kramer

JAMES KRAMER

410 East 5th St. #306
Austin, Texas 78701
(512) 297-7211 PHONE
(484) 205-5248 FAX
james.kramer@usa.net
Texas State Bar No. 24067712
COUNSEL FOR RELATOR/
APPLICANT

## CERTIFICATE OF SERVICE

This motion was served on opposing counsel, Assistant Bastrop County District Attorney Greg Gilleland, 804 Pecan Street, Bastrop, Texas, 78602, by first-class mail and by electronic means on June 26, 2015, and was also mailed to the Bastrop County District Clerk for distribution to Respondent Judges on that date.

/s/James Kramer

JAMES KRAMER